

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00448-CV

**IN RE** Timothy E. **DAMRON**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Delivered and Filed: July 23, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus, motion to stay proceedings, and motion to disqualify substitute counsel on July 11, 2025. After considering the petition and the record, this court concludes that relator has failed to demonstrate that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion to disqualify substitute counsel is **DENIED**. *Id.* Relator's motion for temporary relief is **DENIED AS MOOT**. *Id.*

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-10943, styled *In the matter of the marriage of Timothy Emmett Damron and Jessica Kathleen Damron and in the interest of L.A.D.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.